NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RESTORATION SPECIALISTS, LLC,**
*Appellant*

**v.**

**SECRETARY OF THE AIR FORCE,**
*Appellee*

---

2024-1875

---

Appeal from the Armed Services Board of Contract Appeals in No. 63284, Administrative Judge Thomas Parker McLish, Administrative Judge J. Reid Prouty, Administrative Judge Richard Shackleford.

---

## JUDGMENT

---

WARREN WILLIAM ARIAIL, Ariail Law Firm, LLC, Charleston, SC, argued for appellant. Also represented by ANNE BRIGHT ARIAIL, Law Office of A. Bright Ariail, LLC.

VINCENT DE PAUL PHILLIPS, JR., Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by PATRICIA M. MCCARTHY, CORINNE ANNE NIOSI,

BRETT SHUMATE; CARYL POTTER, III, Air Force Commercial Litigation Field Support Center, Joint Base Andrews, MD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2026
Date

Jarrett B. Perlow
Clerk of Court